# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Marie N. | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:23-CV-00516-MSM |
| Martin O'Malley<br>Defendant | ) |

## JUDGMENT

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Order of 4/5/24.

Enter:

/s/ Carrie L. Potter
Deputy Clerk

Dated: 4/5/2024